DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| In re B.M.<br><br>Case below:<br>186 N.C. App. ——<br>(2 October 2007) | No. 509P07 | Petitioner's Motion for Temporary Stay (COA07-525) | Allowed<br>10/16/07 |
|---|---|---|---|
| In re C.M.S.<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 398P07 | Respondent's (Mother) PDR Under N.C.G.S. 7A-31 (COA07-108) | Denied<br>11/08/07 |
| In re Duke<br><br>Case below:<br>Judicial Standards | No. 464P07 | 1. Petitioner's (W. Russell Duke, Jr.) Petition for Writ of Prohibition (Judicial Standards —05-207)<br><br>2. Respondent's Motion to Dismiss Petition for Writ of Prohibition | 1. Dismissed<br>11/08/07<br><br>2. Denied<br>11/08/07<br><br>**Parker, C.J., Recused** |
| In re Estate Mullins<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 238P07 | Petitioners' (Diane and Jacques Geitner) PDR Under N.C.G.S. § 7A-31 (COA06-468) | Denied<br>10/11/07 |
| In re J.E. & B.E.<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 231A07 | Respondent's (Mother) Motion to Withdraw Appeal as Moot (COA06-1553) | Allowed<br>10/11/07 |
| In re J.S.B., D.K.B., D.D.J., Z.A.T.J.<br><br>Case below:<br>183 N.C. App. ——<br>(15 May 2007) | No. 269P07 | 1. Respondent's (Mother) Motion for Temporary Stay (COA06-1107)<br><br>2. Respondent's (Mother) Petition for Writ of Supersedeas<br><br>3. Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>06/11/07<br>361 N.C. 428<br><br>2. Denied<br>10/11/07<br><br>3. Denied<br>10/11/07 |
| In re L.H., L.H.<br><br>Case below:<br>185 N.C. App. ——<br>(21 August 2007) | No. 455P07 | Respondent's (Mother) PDR Under N.C.G.S. 7A-31 (COA07-496) | Denied<br>11/08/07 |
| In re M.E.H.<br><br>Case below:<br>182 N.C. App. 175 | No. 165P07 | Respondent's (Cynthia H.) PDR Under N.C.G.S. § 7A-31 (COA06-1349) | Denied<br>10/11/07 |
| In re S.L.G.<br><br>Case below:<br>181 N.C. App. 149 | No. 070P07 | 1. Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA06-125)<br><br>2. Respondent's (Father) PWC to Review the Decision of the COA | 1. Denied<br>10/11/07<br><br>2. Denied<br>10/11/07 |